**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

STEPHEN BOYD,

Complainant,

v.

BROOME COMMUNITY COLLEGE, THE BOARD OF TRUSTEES of Broome Community College, and KEVIN DRUMM, as President of Broome Community College.

Respondents.

**AFFIDAVIT OF PERSONAL SERVICE**

Index No.: 3:14-cv-00397(GTS/DEP)

STATE OF NEW YORK )
COUNTY OF BROOME ) ss:

DENNIS G. O'HARA, JR. being duly sworn deposes and says: deponent is not a party herein is over 18 years of age and resides in Skaneateles, New York. On the 29th day of April, 2014 at 4:15 p.m., in the County of Broome, I served Francis L. Battisti, Ph.D, known to me to be the person authorized to accept service in this matter by personally delivering to him a true copy of the Filed Summons and Complaint in the above-titled action for the BOARD OF TRUSTEES of Broome Community College, 907 Front Street #1, Binghamton, New York 13905.

DESCRIPTION OF INDIVIDUAL SERVED IN PERSON IS AS FOLLOWS:

Sex: M   Skin Color: White   Hair Color: Grey

Approximate Age: 58   Approximate Height: 5'11"

Approximate Weight: 180 lbs   Glasses: Yes

Dennis G. O'Hara, Jr.

Sworn to before me this

30th day of April, 2014.

Notary Public

EILEEN M. MALAY
Notary Public State of New York
Qualified in Onondaga County
No. 01MA6043076
Commission Expires June 12, 2014

{W0247783.1}